GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:        Sophia_Whiting@fd.org

Counsel for Defendant GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAILYN GUTIERREZ,<br><br>Defendant. | Case No.: CR 21-00314-JD<br><br>STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |

  Dailyn Gutierrez is scheduled to appear for his initial status hearing on September 27, 2021, at 10:30 a.m. Mr. Gutierrez is out of custody and complying with the conditions of pretrial release. The government and defense are negotiating the details of the pre-indictment resolution, which requires a forensic review. The government and defense counsel have been working together to schedule the forensic review and have determined it will not be complete before September 27. The parties therefore jointly request to continue the hearing in the above-captioned matter to October 18, 2021, at 10:30 a.m. for a status hearing, or as soon thereafter as the Court is available.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from September 27, 2021, to October 18, 2021. Mr. Gutierrez and his counsel are reviewing discovery produced by the government. An exclusion is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from September 27, 2021, to October 18, 2021, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

September 13, 2021
Dated

STEPHANIE HINDS
Acting United States Attorney
Northern District of California

_____/S_____
ALEXIS JAMES
Assistant United States Attorney

September 13, 2021
Dated

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

_____/S_____
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

_9/15/2021_   Dated

_____
HON. JAMES DONATO
United States District Judge