GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 21-00314-JD |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |
| v. | |
| DAILYN GUTIERREZ, | |
| Defendant. | |

    Dailyn Gutierrez is scheduled to appear for his initial status hearing on October 18, 2021, at 10:30 a.m. Mr. Gutierrez is out of custody and complying with the conditions of pretrial release. The government and defense are negotiating the details of the pre-indictment resolution, which requires a forensic review. The government has facilitated one forensic review but some discovery was unavailable at this time, so the parties are working together to ensure that discovery is reviewable before proceeding with an agreement. The parties therefore jointly request to continue the hearing in the above-captioned matter to December 20, 2021, at 10:30 a.m. for a status hearing, or as soon thereafter as the Court is available.

1  The parties further stipulate and request that, under the Speedy Trial Act, the Court
2  exclude the time from October 18, 2021 to December 20, 2021. Mr. Gutierrez and his counsel
3  are reviewing discovery produced by the government. An exclusion is therefore appropriate
4  under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the
5  exercise of due diligence. An exclusion of time from October 18, 2021 to December 20, 2021,
6  is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the
7  granting of such continuance outweigh the best interest of the public and the defendant in a
8  speedy trial.

9  IT IS SO STIPULATED.

| October 15, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>ALEXIS JAMES<br>Assistant United States Attorney |
| October 15, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

10/18/2021   Dated

HON. JAMES DONATO
United States District Judge