GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Sophia_Whiting@fd.org

Counsel for Defendant GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAILYN GUTIERREZ,<br><br>Defendant. | Case No.: CR 21-00314-JD<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |

Dailyn Gutierrez is scheduled to appear for his initial status hearing on December 20, 2021, at 10:30 a.m. Mr. Gutierrez is out of custody and complying with the conditions of pretrial release. The government and defense are negotiating the details of the pre-indictment resolution, which requires additional forensic review and investigation. The government has facilitated one forensic review but some discovery was unavailable, so the parties are working together to ensure that discovery is reviewable before proceeding with an agreement. Government counsel is also no longer available on December 20, 2021. The parties therefore

jointly request to continue the hearing in the above-captioned matter to January 10, 2022, at 10:30 a.m. for a status hearing, or as soon thereafter as the Court is available.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from December 20, 2021, to January 10, 2022. Mr. Gutierrez and his counsel are reviewing discovery produced by the government. An exclusion is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from December 20, 2021, to January 10, 2022, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

December 14, 2021  
Dated

STEPHANIE HINDS  
Acting United States Attorney  
Northern District of California

/S  
ALEXIS JAMES  
Assistant United States Attorney

December 14, 2021  
Dated

GEOFFREY HANSEN  
Acting Federal Public Defender  
Northern District of California

/S  
SOPHIA WHITING  
Assistant Federal Public Defender

The status conference is re-set for February 7, 2022, at 10:30 a.m.  
IT IS SO ORDERED.

December 15, 2021  
Dated

HON. JAMES DONATO  
United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER 2