JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Angela_chuang@fd.org

Counsel for Defendant GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAILYN GUTIERREZ,<br><br>Defendant. | **Case No.:** CR 21–314 JD<br><br>**STIPULATION AND ORDER TO CONTINUE** |

The above titled matter is currently scheduled for sentencing on August 22, 2022, at 10:30 AM. To accommodate defense counsel's schedule and to provide additional time for defense investigation related to sentencing, the parties are requesting a continuance. The next available date that works for the Court and for both parties is October 3, 2022. Undersigned defense counsel has confirmed that the assigned Probation Officer is also available on that date. The parties therefore stipulate that the presently scheduled hearing shall be continued to October 3, 2022 at 10:30 AM for sentencing.

//

IT IS SO STIPULATED.

| | |
|---|---|
| June 21, 2022<br>Dated | STEPHANIE M. HINDS<br>Acting United States Attorney<br>Northern District of California |
| | _____/S_____<br>CHRISTA HALL<br>Assistant United States Attorney |
| June 21, 2022<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

## ORDER

For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to October 3, 2022, at 10:30 AM for sentencing.

IT IS SO ORDERED.

DATED  June 23, 2022

JAMES DONATO
United States District Judge