STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTA HALL (CABN 328881)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Christa.Hall@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAILYN GUTIERREZ, <br><br> Defendant. | CASE NO. 3:21-CR-00314-JD-1 <br><br> STIPULATION AND ORDER SCHEDULING A STATUS CONFERENCE FOR JANUARY 23, 2023 |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Dailyn Gutierrez, that a status conference be scheduled for January 23, 2023, at 10:30 a.m. in person.

    At the scheduled sentencing hearing, which was not held, on December 19, 2022, the Court expressed its concern as to the plea agreement in the case. Mr. Gutierrez was not present at the hearing due to an administrative error in updating his custody status. For this reason and as further stated on the record at the previous hearing, the parties stipulate and agree to appear before the Court for a status conference on January 23, 2023, at 10:30 a.m. in person.

    The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

STIPULATION AND [PROPOSED] ORDER
Case No. CR-314-JD

IT IS SO STIPULATED.

DATED: December 21, 2022
       /s/
CHRISTA HALL
Assistant United States Attorney

DATED: December 21, 2022
       /s/
ANGELA CHUANG
Counsel for Defendant Dailyn Gutierrez

**ORDER**

Based upon the above, a status conference is scheduled for January 23, 2023, at 10:30 a.m. in person.

IT IS SO ORDERED.

DATED: __12/27/2022__

HON. JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR-314-JD